B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Source Two Spares, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Source One Spares** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **59-3371971** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1818 Memorial Drive**<br>**Ste 201**<br>**Houston, TX**       ZIP CODE **77007** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1818 Memorial Drive**<br>**Ste 201**<br>**Houston, TX**       ZIP CODE **77007** | Mailing Address of Joint Debtor (if different from street address):       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                         THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 2998*

| B1 (Official Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): | **Source Two Spares, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no
principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 2998*

B1 (Official Form 1) (04/13)  Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Source Two Spares, Inc.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

**Signature of Attorney***

X  **/s/ Reese W. Baker**
   Reese W. Baker       Bar No. **01587700**

**Baker & Associates**
**5151 Katy Freeway**
**Suite 200**
**Houston, TX 77007**

Phone No. **(713) 869-9200**    Fax No. **(713) 869-9100**

**3/27/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Source Two Spares, Inc.**

X  **/s/ Seth Hall**
Signature of Authorized Individual

**Seth Hall**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**3/27/2015**
Date

Address

X_____

Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   Source Two Spares, Inc.                    CASE NO

                                                    CHAPTER   7

# COVERSHEET FOR LIST OF CREDITORS

   I hereby certify under penalty of perjury that the attached List of Creditors, which consists of _____ page(s), is true, correct and complete to the best of my knowledge.

Date  3/27/2015                         Signature  /s/ Seth Hall
                                                   *Seth Hall*
                                                   *President*

Date _____               Signature _____

Debtor(s):  Source Two Spares, Inc.                Case No:                                SOUTHERN DISTRICT OF TEXAS
                                                   Chapter: 7                              HOUSTON DIVISION

| | | |
|---|---|---|
| 126 Properties<br>126 E. 16TH<br>COSTA MESA, CA 92627 | Aircraft Inventory Mgt & Servic<br>2701 FORUM DRIVE<br>GRAND PRAIRIE, TX  75052 | AT&T Mobility<br>PO BOX 6463<br>CAROL STREAM, IL  60197 |
| Able Engineering & Component Se<br>2920 E Chambers St<br>Phoenix, AZ 85040 | Aircraft Maintenace<br>14936 TREND DRIVE<br>DALLAS, TX  75234 | AVDUCT<br>1630 N. 166TH EAST STREET<br>TULSA OK 74116 |
| Aero Controls<br>1610 200TH ST NW<br>Auburn, WA 98001 | Alliance Benefit Group of<br>PO BOX 41817<br>HOUSTON, TX  77241 | Aviation Concepts, Inc.<br>979 SHOTGUN ROAD<br>SUNRISE, FL  33326 |
| Aero Mechanical Industries<br>4901 ROCKAWAY BLVD NEW<br>RIO RANCHO, NM  87124 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Aviation Dynamics, Inc.<br>2375 S. ATLANTIC BLVD #202<br>COACOA BEACH, FL  32931 |
| Aerodirect, Inc.<br>860 CHADDICK DRIVE BUILDING  A<br>WHEELING, IL  60090 | American Express | Avintus<br>MIDSOUTH CONSULTING GROUP<br> 113 SEABOARD LANE, SUITE B150<br>FRANKLIN, TX  37067 |
| Aeroturbine, Inc.<br>2323 NW 82ND AVE.<br>MIAMI, FL  33122-1512 | Amerigas Propane LP<br>PO BOX 371473<br>PITTSBURGH, PA  15250 | BB&T<br>PO BOX 483<br>WINSTON SALEM, NC 27102-0483 |
| Aeroxchange<br>P.O. BOX 975547<br>DALLAS, TX  75397 | Ansett Aircraft Spares & Servic<br>DEPT. LA2308<br> PASADENA, CA  91185 | BDO USA LLP<br>PO BOX 31001-0860<br>PASADENA, CA  91110 |
| Aervit<br>1100 SOUTH PIPELINE<br>EULESS, TX  76040 | AOG Reaction, Inc.<br>526 AVIATOR DR<br>SAGINAW, TX  76179 | Buchalter Nemer<br>18400 VON KARMAN AVEUE SUITE 80<br>IRVINE, CA  92612 |
| AETNA<br>PO BOX 7247-0213<br>PHILADELPHIA, PA  19170-0123 | Ardent Creative<br>440 S. MAIN STREET SUITE A<br>FORT WORTH, TX 76104 | Buchalter Nemer<br>18400 VON KARMAN AVENUE SUITE 8<br> IRVINE, CA  92612 |
| Air Mauritius Ltd.<br>A340 HANGAR, A/CS PAYABLE, SSR<br>BALINE-MAGNIEN, MAURITIUS | ARO Service<br>1186 N. GROVE ST<br>ANAHEIM, CA 92806 | Business Air Centre Co., Ltd.<br>155/4-5 SOI SUKHUMVIT<br>11 SUKHUMVIT RD, KLONG TOEY-NUA<br>WATTANA BANGKOK 10110 |

| | | |
|---|---|---|
| Butterfly Equity Partners, LLC<br>PO BOX 3131<br>NEWPORT BEACH, CA 92659 | Dish<br>PO BOX 94063<br>PALATINE, IL 60094 | First Insurance Funding Corp.<br>PO BOX 7000<br>CAROL STREAM, IL 60197 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Diversified Aero Services, Inc.<br>11920 SW 128TH ST<br>MIAMI, FL 33186 | Fourwinds Aviation, LLC<br>18281 ENTERPRISE LANE<br>HUNTINGTON BEACH, CA 92648 |
| Capital One<br>PO Box 60599<br>City of Industry, CA | Dolly & Brothers<br>21. PURANA PALTAN DHAKA<br>1000 BANGLADESH | Gecas Asset Management Services<br>3860 E HOLMES ROAD SUITE 108<br>MEMPHIS, TN 38118 |
| Centurylink<br>PO BOX 29040<br>PHOENIX, AZ 85038 | Easylink<br>PO BOX 791247<br>BALTIMORE, MD 21279 | Glendale International Ltd<br>17 TOTMAN CRESCENT<br>BROOK ROAD INSDUSTRIAL ESTATE<br>RAYLEIGH, ESSEX SS6 7UY UK |
| Chan Kim Chiu<br>RM E 35/F BLK 2<br>ILLUMINATION TERRACE<br>5 TAI HANG RD | Eric Roger Thompson<br>SUITE2 CHAILEY HOUSE<br>UPPER LANE BRIGHTSTONE<br>NEWPORT ISLE OF WRIGHT | Honeywell Inc.<br>4150 LIND AVE SW<br>RENTON, WA 98057 |
| City of Newport Beach<br>PO BOX 3080<br>NEWPORT BEACH, CA 92658 | Euler Hermes ACI<br>C/O ACCOUNTS RECEIAVABLES DEPT<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | Honeywell Service Center<br>1944 SKY HARBOR CIRCLE<br>PHOENIX AZ 85034 |
| Component Control<br>1731 KETTNER BLVD<br>SAN DIEGO, CA 92101 | European Aviation Limited<br>BROMYARD ROAD<br>LEDBURY, HERFORDSHIRE<br>WRIGHT HR8 1LG UK | I.T.S. Infinity Trading<br>429 PROMONTORY DRIVE EAST<br>NEWPORT BEACH, CA 92660 |
| Crystal Springs Bottled Water<br>PO BOX 90760<br>ALBUQUERQUE, NM 87199 | Expedited Worldwide Solutions,<br>1070 LYONS LANE<br>MARION, IA 52302 | Ikan Software<br>2211 RAYFORD RD SUITE 111-243<br>SPRING TX 77386 |
| Danbee Aerospace<br>200 N. RALEIGH STREET<br>GREENSBORO, NC 27401 | Far Eastern Air Transport Corp<br>NO.5 ALLEY 123 LANE 405<br>TUN HWA NORTH RD TAIPEI<br>10592 TAIWAN | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Dearborn National Life Insuranc<br>36788 EAGLE WAY<br>CHICAGO, IL 60678 | Fedex Freight<br>DEPT CH PO BOX 10306<br>PALATINE, IL 60055 | Internal Revenue Service<br>Insolvency Section<br>1919 Smith St Stop 5022 HOU<br>Houston, TX 77002 |

Inventory Locator Service, LLC
PO BOX 843952
 DALLAS, TX   75284

MTU Maintenance Zhuhai, Co Ltd
MUENCHNER STRASSE 31
LANGENHAGEN 30855
GERMANY

Sabena Technics BOD
SERVICE COMPTABILITE FOURNISSEU
CS50 008
 33693 MERIGNAC

Jet Midwest, Inc.
9200 N.W. 112TH STREET
 KANSAS CITY, MO   64153

Nancy Zoe Sanchez
14642 KENSINGTON LANE
WESTMINISTER, CA   92683

San Tan Aviation
224 E CHILTON DR. #3
CHANDLER, AZ   85225

Jetaway Aviatio Services
60 KEYLAND COURT
BOHEMIA, NY   11716

Newport Aviation IV LLC
1818 MEMORIAL DRIVE, SUITE 201
HOUSTON TX   77007

Southern California Edison Compa
PO BOX 600
ROSEMEAD ,CA 91771-0001

Jetpower, Inc.
3710 168th ST NE SUITE B-208
ARLINGTON, WA   98223

Newport Window Maintenance, Inc
1601 POMONA AVENUE
COSTA MESA, CA 92627

Sparkletts ad Sierra Springs
PO BOX 660579
DALLAS, TX 75266-0579

Littler Mendelson P.C.
PO BOX 45547
SAN FRANCISCO, CA   94145

Nordam Spares Division
PO BOX 3365
TULSA, OK   74101

St Aerospace Engineering PTE Lt
540 AIRPORT ROAD
PAYAR LEBAR
SINGAPORE 539938

Lufthansa Technik AG
HAMTB2M - INVOICE CONTROL
WEG BEIM JAEGER 193, D-22335
HAMBURG GERMANY

Omni Air International
PO BOX 582527
3303 N SHERIDAN RD
 HANGAR 19

St Aerospace Rotables PTE Ltd
540 AIRPORT ROAD
PAYAR LEBAR
SINGAPORE 539938

Lufthansa Technik Philippines
C/O MACROASIA ECOZONE
 VILLAMOR AIRBASE, PASAY CITY
METRO MANILA, PHILLIPINES

PNM
PO BOX 17970
 DENVER CO   80217

Steven Enterprises Group, Inc
14920 SW 137 ST UNIT 1
MIAMI, FL   33196

Mach 2
2301 NW 33 COURT SUITE 107
 POMPANO BEACH, FL   33069

Priority Freight
6-7 MENZIES RD
PORT ZONE WHITFIELD
DOVER KENT CT162HQ UK

Texas Air Composites
15050 Trinity Blvd.
Ft. Worth, TX 76155

Midamerican Aerospace Ltd
280 BLAIRS FERRY RD NE
CEDAR RAPIDS, IA   52402

Professional Technology Repairs
13100 SW 128TH STREET
MIAMI, FL   33186

The Cleaning Connection
106 PRESTIGE WAY
RIO RANCHO, NM 87124

Mobile Mini
PO BOX 7144
PASADENA, CA   91109

Rockaway LLC
1717 LOUISIANA BLVD. NE #111
 ALBEQUERQUE, NM   87110

The Green Airliner S.A.
20 RUE DU MARCHE'
GENEVA 1204 SWITZERLAND

Thompson
1722 ROUTH ST, SUITE 1500,
DALLAS, TX   75201

Travelers
CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX   75266

Triumph Interiors, LLC
2001 SULLIVAN ROAD
 SUITE 1-M
ATLANTA, GA   30337

Troy Aviation
BURSALI TAHIREY
SOK NO:7 D:50 BAHCELIEVLER
ISTANBUL, TURKEY

TSI Aviation, Inc.
11360 6 CIRCLE NORTH
MIRAMAR, FL   33025

Turbo Resources Intl
11360 INTERCHANGE CIRCLE NORTH
MIRAMAR, FL   33025

Uline
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL   60085

Universal Asset Management
5350 POPLAR AVE SUITE 150
 MEMPHIS TN 38119

Vas Aero Services
645 PARK OF COMMERCEWAY
BOCAN RATON FL   33487

Vertical Aerospace
23800 S. 369 W. AVE,
BRISTOW, OK   74010

Welch Equipment Co
PO BOX 912504
DENVER, CO 80291-2504

Western Aero Services, Inc.
6475 FRANKLIN STREET
DENVER, CO 80229-7229

Windstream/PAETEC
PO BOX 3243
MILWAUKEE, WI   53201

Wyatt Aerospace
1135 N MCQUEEN RD, SUITE 131
BILBERT AZ 85233

Xtra Aerospace LLC
15901 SW 29 ST, SUITE 201 BOX 1
MIRAMAR, FL   33027

Xvand Technology Corp
11333 CHIMNEY ROCK RD
HOUSTON, TX   77035